UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60713-CIV-DAMIAN

JAIME AROLDO ROJAS JIMENEZ,

       Petitioner,

v.

PAMELA BONDI, U.S. Attorney
General, *et al.*,

       Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on a *sua sponte* review of the record.

On May 19, 2026, this Court directed Petitioner to comply by May 22, 2026, with the requirements of this Court's April 14, 2026 Order wherein Petitioner was directed to file a Joint Status Report by April 27, 2026, informing this Court of whether Petitioner was given a bond hearing, and if so, the outcome of Petitioner's bond hearing and the status of matters relevant to the Petition. *See* ECF No. 16. This Court's May 19th Order stated that failure to file the status report will result in an order of dismissal without further notice. As of the date of this Order, Petitioner has not submitted the status report or requested an extension of time to do so.

In light of the foregoing, it is **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case is Closed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**